UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

G-KATMAR, INC.

Debtor.   No. 7-08-12314 MA

## ORDER OF RECUSAL

James S. Starzynski hereby recuses himself from any further proceedings in this matter.

_____
James S. Starzynski
United States Bankruptcy Judge

Date Entered on Docket: July 21, 2008

<u>NOTE</u>: All future pleadings filed in this case should carry the judge and location initials noted above.

COPY TO:

G-Katmar, Inc
5208 Apollo Dr
Albuquerque, NM 87120

Robert H Jacobvitz
500 Marquette NW Ste 650
Albuquerque, NM 87102-5309

Yvette Gonzales
Trustee
PO Box 1037
Placitas, NM 87043-1037

Office of the United States Trustee
PO Box 608
Albuquerque, NM 87103-0608